| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/13/2021 |

YONY SOSA, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

AMERICAN LICORICE CO.,

                Defendant.

1:21-cv-4347-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 10]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **August 27, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: July 13, 2021**
**New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**